

FILED
SEP 03 2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR1312-MMA |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ALEJANDRO CASTILLO JR., | |
| Defendant. | |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Information:

  18 USC 2252(a)(4)B) - Possession of Matters Containing Images of

  Minors Engaged in Sexually Explicit Conduct

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 3, 2015

Karen S. Crawford
U.S. Magistrate Judge